IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02192-RBJ

RON ALEXANDER,

    Plaintiff,

v.

SAFEWAY CORPORATION, a/k/a Safeway, Inc.

    Defendant.

## ORDER GRANTING DISMISSAL WITH PREJUDICE

**THIS MATTER** coming on to be heard pursuant to stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this action be dismissed, with prejudice, with each party to pay their own costs and attorneys' fees.

DATED this 26th day of September, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1